IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    No.5:19-CR-50070-001

JOSE MARIN-BASTIAN                                          DEFENDANT

## **O R D E R**

The defendant agreed at the arraignment on an indictment conducted this date to waive the issue of detention pending the final disposition of the case. Accordingly, the defendant is considered detained subject to reconsideration on motion of defendant.

SO ORDERED this 26th day of July, 2019.

/s/ Erin L. Wiedemann
HON. ERIN L. WIEDEMANN
UNITED STATES CHIEF MAGISTRATE JUDGE